UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 6, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH WILLIAM MANZO

Defendant.

Case No. 2:18-cr-00178-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH WILLIAM MANZO Case No. 2:18-cr-00178-KJM Charge 21 USC § 841(a)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

X Unsecured Appearance Bond $ 50,000 co-signed by Ms. Saetuern

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

X (Other): Pretrial Release conditions as stated on the record in open court. Release delayed until 9/7/2018 at 9:00 AM to the custody of Pretrial Services.

Issued at Sacramento, California on September 6, 2018 at 2:00 PM

By: _____
Magistrate Judge Kendall J. Newman