UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 14, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH WILLIAM MANZO,

Defendant.

Case No. 2:18-cr-00178-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSEPH WILLIAM MANZO ,

Case No.  2:18-cr-00178-KJM  Charge 21 USC 841(a)(1) and 846 , from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

_X_ Unsecured Appearance Bond $  50,000 co-signed by Jua Saetuern

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

___ (Other): Pretrial Release Conditions as stated on the record. Release delayed until 11/15/2018 at 9 AM to the custody of Pretrial Services.

Issued at Sacramento, California on November 14, 2018 at 2:15 pm

By: _____

Magistrate Judge Carolyn K. Delaney