PETER KMETO
Attorney at Law
State Bar #78827
1001 G Street, Suite 205
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: JOSEPH WILLIAM MANZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE: 2:18-CR-00178-KJM |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| JOSEPH WILLIAM MANZO, | |
| Defendant. | |

Defendant: JOSEPH WILLIAM MANZO, through his attorney, PETER

KMETO, and the United States of America, through its counsel of record, TIMOTHY H.

DELGADO, stipulate and agree to the following:

1. That while under Pretrial Release conditions ordered by the Hon.

CAROLYN K. DELANEY, on November 14, 2018, Defendant has demonstrated the

need for a more structured approach to combating his drug addiction.

1

2. That the Special Conditions of Release ordered by the Hon. CAROLYN K. DELANEY, on November 14, 2018 be modified with the addition of the following condition:

"16. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

IT IS SO STIPULATED.

Dated: June 13, 2019        /s/ TIMOTHY H. DELGADO
                            Assistant US Attorney
                            for the Government

Dated: June 13, 2019        /s/ PETER KMETO
                            Attorney for Defendant
                            JOSEPH WILLIAM MANZO


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties IT IS ORDERED that Defendant, JOSEPH WILLIAM MANZO's, Special Conditions of Release ordered by the Hon. CAROLYN K. DELANEY, on November 14, 2018, be modified with the addition of the following condition:

16. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include

group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

Dated: June 13, 2019

Hon. EDUMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3